1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11 ROBERT LEE HIGGINS, III, | Case No. 2:18-cv-00411-JAK-MAA
12                         Petitioner,
13           v. | **JUDGMENT**
14 SCOTT KERNAN, Warden,
15                         Respondent.
16
17          Pursuant to the Order Accepting Report and Recommendation of the United
18 States Magistrate Judge,
19          IT IS ORDERED AND ADJUDGED that the Petition is denied and the
20 action is dismissed with prejudice.
21
22 DATED:  October 30, 2020
23
24 _____
25 JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE
26
27
28